ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
IAN A. ELLIOTT
Nevada Bar No. 15911
Ian.Elliott@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| HOANG SON DO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM, an Illinois corporation; and DOES 1 through 10, inclusive and ROE COMPANIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-731-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO REMAND (ECF No. 10)**<br><br>**(FIRST REQUEST)** |

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm" or "Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiff HOANG SON DO, by and through his counsel of record, LUH & ASSOCIATES hereby stipulate and request that this Court extend the deadline for Defendant to file the Opposition to Motion to Remand (ECF No. 10) in the above-captioned case 14 days, up to and including Friday, May 31, 2024.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Due to the size and complexities of the issues in the case, Defendant seeks additional time to time file its Opposition to Motion to Remand.

140131666.1

WHEREFORE, the parties respectfully request that this Court extend the time for Defendant to file its Opposition to Motion to Remand fourteen (14) days from the current deadline of May 17, 2024 up to and including May 31, 2024.

DATED this 10th day of May, 2024.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
IAN A. ELLIOTT
Nevada Bar No. 15911
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

DATED this 10th day of May, 2024.

LUH & ASSOCIATES

*/s/ David R. Gordon*
DAVID R. GORDON
Nevada State Bar No. 11579
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147

and

HUY MARK DANG
Nevada State Bar No. 7996
HUY MARK DANG, LLC
6280 Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146

*Attorneys for Plaintiff Hoang Son Do*

**ORDER**

**IT IS SO ORDERED:**

Dated this __13__ day of __May__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

140131666.1

2